UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LESTER LEE BYRD, | )<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 6:13CV-063 |
| CAROLYN W. COLVING,<br>*Acting Commissioner of Social Security*, | )<br>)<br>) |
| Defendant, | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 20 day of January, 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia