# United States District Court
## Southern District of Georgia

Lester Lee Byrd

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV613-63

Carolyn Colvin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Order dated January 20, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; reversing the Commissioner's decision and remanding this case for further consideration. This action stands closed.

January 20, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk