IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LESTER LEE BYRD,
Plaintiff,

v.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

Defendant.

CIVIL ACTION

CV613-063

SOCIAL SECURITY APPEAL

## ORDER

Upon consideration of the plaintiff's application for attorney's fees under the Equal Access to Justice Act, and on the entire record in this case, it is ORDERED, that plaintiff's application is granted, and Plaintiff is awarded $2,338 in attorney's fees plus court costs of $71.00.

This 23rd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE